IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                            CASE NO.  4:17-CR-00037-BSM-02

ALEJANDRO PRADO                                                                          DEFENDANT

## ORDER

Alejandro Prado's *pro se* motion to reduce his sentence [Doc. No. 163] is denied because he does not qualify for a reduction under Amendment 821 to the federal sentencing guidelines. This is true because, although Prado had zero criminal history points, he received a two-level adjustment under U.S.S.G. § 3B1.1(c) for his role in the offense. *See* U.S.S.G. § 4C1.1(a)(10) (excluding defendants who "receive[d] an adjustment under § 3B1.1 (Aggravating Role)" from a zero-point offender adjustment).

IT IS SO ORDERED this 14th  day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE